No. 456. HERNÁNDEZ *v.* ALVAREZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided October 18, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Frank Martínez* for petitioner.

---

No. 455. CARRILLO ET AL. *v.* THE SAN JUAN FRUIT & LAND Co. ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 18, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. Freyre de Barbosa* for respondent.

---

No. 424. SUCESSORES OF ANDREU & CO. *v.* ESTATE OF MARTÍNEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal on the ground that the transcript of the record and brief were not filed within the time provided by law. Decided October 21, 1909. Motion overruled for the reason that the documents mentioned were filed prior to the date on which notice of the motion was served and, furthermore, because the absence of a statement of the case is not sufficient ground for the dismissal of an appeal. *Messrs. Eduardo Acuña and José E. Figueras* for petitioner. *Mr. José Benet* for respondent.

---

No. 458. FERNÁNDEZ BROS. *v.* GARCÍA.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 25, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Monserrat, Jr.* for petitioner. *Messrs. Coll Cuchí Bros.* for respondent.